```
William L. McLaughlin, Jr., Esq.        Attorney for Plaintiff
Attorney I.D. No. 48307
```
**William L. McLaughlin Law Offices**
```
23 South Valley Road
P.O. Box 494
Paoli, PA 19301
(610)644-4545
```

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
_____
KRISTEN M. LEONARD                  :    CIVIL ACTION
         Plaintiff,                 :
                                    :    No. 02-CV-4156
     v.                             :
                                    :
MONTGOMERY INSURANCE SERVICES, INC.:
         Defendant.                 :
_____
```

### PLAINTIFF KRISTEN M. LEONARD'S REPLY TO
### DEFENDANT MONTGOMERY INSURANCE SERVICES, INC.'S PARTIAL MOTION
### TO DISMISS COMPLAINT PURSUANT TO FED.R.CIV.P.12(b)(6)

Plaintiff, Kristen M. Leonard, by and through her undersigned counsel, hereby moves this Court to deny Defendant's Partial Motion to Dismiss Complaint Pursuant to Fed.R.CIV.P.12(b)(6). In support thereof, plaintiff submits the attached Memorandum of Law.

```
                              By:_____
                                   William L. McLaughlin, Jr.

Date: _____
```