William L. McLaughlin, Jr., Esq.                Attorney for Plaintiff
Attorney I.D. No. 48307
**William L. McLaughlin Law Offices**
23 South Valley Road
P.O. Box 494
Paoli, PA 19301
(610)644-4545

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTEN M. LEONARD | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 02-CV-4156 |
| v. | : | |
| | : | |
| MONTGOMERY INSURANCE SERVICES, INC. | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, William L. McLaughlin, Jr., Esquire, do hereby certify that a true and correct copy of PLAINTIFF KRISTEN M. LEONARD'S REPLY TO DEFENDANT MONTGOMERY INSURANCE SERVICES,INC.'S PARTIAL MOTION TO DISMISS COMPLAINT PURSUANT TO FED.R.CIV.P.12(b)(6) and accompanying MEMORANDUM OF LAW was served upon all parties by first class mail at the following address:

   Ronda K. O'Donnell, Esq.
   Marshall, Dennehey, Warner, Coleman & Goggin
   1845 Walnut Street
   Philadelphia, PA 19103-4797

                                            _____
                                            William L. McLaughlin, Jr.
Dated:_____