DATE OF NOTICE: April 25, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTEN M. LEONARD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-4156 |
| MONTGOMERY INSURANCE SERVICES | : | |

### AMENDED NOTICE

Please be advised that the **PRELIMINARY PRETRIAL CONFERENCE,** originally scheduled for April 30, 2003, with the Honorable Michael M. Baylson, will be held in person on Friday, May 2, 2003 at 4:00 p.m. Please call Chambers at 267.299.7520 for courtroom location.

In addition, a settlement conference will be held immediately following the pretrial conference.

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:   Ronda O'Donnell, Esq. (fax)
      William McLaughlin, Esq. (fax)

O:\Pretrial conference forms for cases\Leonard v. Montgomery Insur. Services 02-4156. Amended Notice wpd.wpd